# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137681

In re TRE'VONN CALVIN BARNES
and AARON LASHAE' GLASPIE, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
    Petitioner-Appellee,

v

SONYA M. BARNES,
    Respondent-Appellant.
_____/

SC: 137681
COA: 284630
Wayne CC Family Division:
07-473968-NA

   On order of the Court, the application for leave to appeal the October 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2008

            Clerk

d1209